IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GABRIEL HALL, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-00627 |
| | § | *CAPITAL CASE* |
| BOBBY LUMPKIN, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
|     Respondent. | § | |

**RESPONDENT'S NOTICE OF APPEARANCE OF COUNSEL**

This notice is filed to inform the Court that the undersigned attorney will be acting as lead counsel in this case.

                                                Respectfully submitted,

                                                KEN PAXTON
                                                Attorney General of Texas

                                                BRENT WEBSTER
                                                First Assistant Attorney General

                                                JOSH RENO
                                                Deputy Attorney General
                                                For Criminal Justice

                                                EDWARD L. MARSHALL
                                                Chief, Criminal Appeals Division

                                                s/ Ellen Stewart-Klein
*Attorney in Charge                  ELLEN STEWART-KLEIN *
                                                Assistant Attorney General
                                                State Bar No. 24028011
                                                Southern District Bar No. 27861
                                                Office of the Attorney General
                                                Criminal Appeals Division

P. O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 936-1600
Facsimile: (512) 936-1280
email: ellen.stewart-klein@oag.texas.gov

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I do herby certify that on February 26, 2024, I electronically filed the foregoing pleading with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented in writing to accept the NEF as service of this document by electronic means:

David R. Dow
Texas Bar No. 06064900
University of Houston Law Center 4170 Martin Luther King Blvd.
Houston, Texas 77204-6060
Tel. (713) 743-2171
Fax (713) 743-2131
ddow@central.uh.edu

Jeffrey R. Newberry
Texas Bar No. 24060966
University of Houston Law Center
4170 Martin Luther King Blvd.
Houston, Texas 77204-6060
Tel. (713) 743-6843
Fax (713) 743-2131
jrnewber@central.uh.edu

s/ Ellen Stewart-Klein
ELLEN STEWART-KLEIN
Assistant Attorney General