UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GABRIEL HALL § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. 4:24-cv-627 |
| § | |
| BOBBY LUMPKIN, Director, § | |
| TDCJ-CID, § | |
| § | |
| Respondent. § | |

## ORDER CONDITIONALLY APPOINTING COUNSEL

Gabriel Hall, an inmate on Texas' death row, has filed a motion for the appointment of counsel. (Docket Entry No. 1). Under 18 U.S.C. § 3599(a)(2), "any [capital habeas petitioner] who is or becomes financially unable to obtain adequate representation . . . shall be entitled to the appointment of one or more attorneys." Hall, however, has not yet filed an *in forma pauperis* application indicating his indigence and, therefore, his entitlement to appointed counsel.

The Court conditionally authorizes Hall to proceed in federal court without the payment of fees. This Court conditionally finds that federal law entitles Hall to the appointment of federal habeas counsel. The Court **APPOINTS** the following office to represent Hall throughout his federal habeas proceedings:

**The Federal Public Defender for the Northern District of Texas
Capital Habeas Unit
525 Griffin Street, Suite 629
Dallas, Texas 75202
214.767.2746 (tel)
214.767.2886 (fax)
Jeremy_Schepers@fd.org (email)**

Hall can fulfill the conditions of this appointment by filing a motion to proceed *in forma pauperis* with an accompanying showing of indigency within thirty (30) days from the entry of this Order.

The Clerk will deliver a copy of this Order to the parties.

**SIGNED** and **ENTERED** on this 26th day of February, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE