IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **GABRIEL HALL** § | |
| *Petitioner,* § | |
| v. § | NO. 4:24-CV-627 |
| § | *Death Penalty Case* |
| **BOBBY LUMPKIN** § | |
| *Director, Texas Department of Criminal Justice, Correctional Institutions Division* | |

## ENTRY OF APPEARANCE OF CO-COUNSEL

I hereby enter my appearance as *appointed* co-counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the above-named defendant(s) in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant(s) with any appeal which the defendant(s) desires to perfect, and to represent the defendant(s) on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

Dated:  February 27, 2024            */s/ Adriana Victoria Inojosa*
                                     Adriana Victoria Inojosa
                                     Assistant Federal Public Defender
                                     Northern District of Texas
                                     Capital Habeas Unit
                                     Virginia Bar # 94813
                                     525 Griffin Street, Suite 629
                                     Dallas, Texas 75202
                                     Phone (214) 767-2746
                                     Fax (214) 767-2886
                                     victoria_inojosa@fd.org